UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Keith Mello

   v.                               Civil No. 12-cv-207-JL

Joseph Murray

**O R D E R**

Before the court is a motion (doc. no. 5), which the court construes liberally as a motion to add supplemental information to the complaint (doc. no. 1), regarding the damages claimed by plaintiff, Keith Mello. Mello is a prisoner proceeding pro se and in forma pauperis in this action.

For reasons stated in the report and recommendation issued on this date, the court has recommended that the case be dismissed for lack of subject matter jurisdiction. Therefore, the motion (doc. no. 5) is denied without prejudice to Mello's refiling the motion if that recommendation is not accepted.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

Date: July 17, 2012

cc: Keith Mello, pro se

LM:nmd